# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BROWN, | Case No. ED CV 10-0128 DOC (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 26, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE